# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

CHRISTOPHER TREVINO,

    Plaintiff

v.

HENDERSON POLICE DEPARTMENT,

    Defendant

Case No.: 2:20-cv-00215-APG-BNW

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 5]

On March 19, 2020, Magistrate Judge Weksler recommended that I dismiss this case without prejudice because plaintiff Christopher Trevino did not pay the filing fee or file an application to proceed in forma pauperis by the March 5, 2020 deadline he was given. ECF No. 5. Trevino did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation **(ECF No. 5) is accepted** and plaintiff Christopher Trevino's **complaint (ECF No. 1-1) is dismissed without prejudice**. The clerk of court is instructed to close this case.

DATED this 10th day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE